BEVERLY R. MYLES, Respondent, *v.* CUBA RAILROAD COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, April 27, 1944.

*Orison S. Marden* for appellant.

*Louis C. Haggerty* for respondent.

Judgment and order affirmed, with ten dollars costs.

Concur: HAMMER, EDER and HECHT, JJ.